1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY GOFFMAN, an individual; MARIE GOFFMAN, an individual<br><br>    Plaintiff,<br>  vs.<br><br>SELECT PORTFOLIO SERVICING, INC., dba SPS, INC., a financial institution, JPMORGAN CHASE BANK, a financial institution, and DOES 1-100, inclusive and DOES 1-100  inclusive,<br><br>    Defendants.<br>_____ | ) Case No. SACV 15-00004-JLS (DFMx)<br>)<br>) **JUDGMENT OF DISMISSAL**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

The Court having granted Defendants' Motions to Dismiss the Complaint of Plaintiffs Jeffrey Goffman and Marie Goffman pursuant to Federal Rule of Civil Procedure 12(b)(6) on March 25, 2015 (Doc. 14), Plaintiffs having failed to move for leave to file an amended complaint within twenty-one (21) days thereof, and for good cause appearing:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Plaintiffs' Complaint is dismissed in its entirety;
2. Judgment shall be and is hereby entered in favor of Defendants; and
3. Plaintiffs shall recover nothing against Defendants.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

Dated: April 20, 2015

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE